CLARKE <em>et al. v.</em> ARMSTRONG <em>et al.</em>

ATKINSON, J. In this case a general demurrer to the petition was overruled, and the judgment of the trial court was reversed. *Clarke v. Armstrong,* ante, 105. After the overruling of the demurrer, but before the decision by this court reversing that judgment, the trial judge appointed a temporary receiver and granted an interlocutory injunction in accordance with prayers of the petition. A separate bill of exceptions assigns error on that judgment. *Held,* that the ruling by this court, relating to the decision of the trial court on demurrer, is controlling on the assignments of error in the last bill of exceptions; and it follows that the judgment appointing the temporary receiver and granting an interlocutory injunction must be reversed.

<em>Judgment reversed. All the Justices concur.</em><br>No. 1962. MARCH 4, 1921.

Injunction and receivership. Before Judge Ellis. Fulton superior court. January 31, 1920.

*Brewster, Howell & Heyman, Mark Bolding,* and *Walter C. Hendrix,* for plaintiffs in error.

*R. R. Arnold, Lowry Arnold,* and *A. H. Davis,* contra.